IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL R. LUCAS,

    Petitioner,                   No. CIV S-07-1455 LEW GGH P

    vs.

CLAUDE FINN, et al.,

    Respondent.                 ORDER

_____/

       In light of the Ninth Circuit's recent decision in <u>Hayward v. Marshall</u>, ___ F.3d ___, 2008 WL 43716 (9th Cir. Jan. 3, 2008), IT IS HEREBY ORDERED that the December 18, 2007, findings and recommendations are withdrawn.

DATED: 01/14/08

                                          /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

luc1455.vac

1