IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R. LUCAS,<br><br>    Petitioner,<br><br>  v.<br><br>CLAUDE FINN, WARDEN<br><br>    Respondent. | 2:07-CV-01455-NRS<br><br>ORDER |

    Petitioner Lucas is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Lucas challenges the 2006 decision by the California Board of Parole Hearings (BPH) finding him unsuitable for parole. After Lucas's petition, the Ninth Circuit granted rehearing en banc in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008) *reh'g en banc granted*, 527 F.3d 797 (9th Cir. May 16, 2008), which may directly impact Kees's petition.

    United States Magistrate Judge Hollows ordered the parties to show cause why this action should not be administratively stayed pending the outcome of *Hayward*.  The Petitioner filed his objections, claiming that the *Hayward* decision will not affect the issues presented in his petition.  Specifically, the Petitioner

objects to a stay, because the issues raised by his petition involve the sufficiency of evidence to support the state's denial of his parole, and claims these issues will not be addressed in *Hayward*. The issue before the court in *Hayward* concerns the amount of evidence necessary to support a state's decision to deny parole. Therefore, the decision in *Hayword* could directly impact Lucas's claim.

Accordingly, IT IS HEREBY ORDERED that this action be administratively stayed pending the Ninth Circuit's decision in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008).

DATED:  **February 26, 2009**

_____
Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge